UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN NEIL SHROPSHIRE,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRIE CISSNA, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-01693-TLN-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

    On May 11, 2022, I screened plaintiff's complaint, notified him that his claims were barred under the *Heck* doctrine, and gave him thirty days to file an amended complaint. ECF No. 13. Plaintiff failed to file an amended complaint. Accordingly, on June 24, 2022, I ordered him to show cause within twenty-one days why this action should not be dismissed. ECF No. 14. I notified him that if he wished to continue with this action he must file, within twenty-one days, an amended complaint. I also warned him that failure to comply with the order would result in a recommendation that this action be dismissed. *Id*.

    The deadline has passed, and plaintiff has not filed an amended complaint or otherwise responded to the June 24, 2022 order.

    Accordingly, it is hereby RECOMMENDED that:

    1. This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the May 10, 2022 order. *See* ECF No. 13.

1

    2. The Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   July 25, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE